# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| KATHERINE CORNISH,<br><br>        Plaintiff,<br><br>v.<br><br>CENTENE CORPORATION; COMPREHENSIVE HEALTH MANAGEMENT, INC.; and WELLCARE OF NORTH CAROLINA, INC.,<br><br>        Defendants. | Civil Action No. 1:22-CV-794<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL DEFENDANTS** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties stipulate that all claims against all Defendants are dismissed with prejudice, with all parties to bear their own costs and fees with regards to the same.

Respectfully submitted this 10th day of January, 2023.

| | |
|---|---|
| */s/ L. Michelle Gessner*<br>L. Michelle Gessner, Bar No. 26590<br>michelle@mgessnerlaw.com<br>GESSNER LAW, PLLC<br>602 East Morehead Street<br>Charlotte, NC 28202<br>Telephone: 844.437.7637<br>Facsimile: 980.206.0286<br><br>*Attorney for Plaintiff* | */s/ Kellie A. Tabor*<br>Kellie A. Tabor, Bar No. 57153<br>ktabor@littler.com<br>Jasmine R. Little, Bar No. 55763<br>jlittle@littler.com<br>LITTLER MENDELSON, P.C.<br>620 South Tryon Street, Suite 950<br>Charlotte, NC 28202<br>Telephone: 704.972.7000<br>Facsimile: 704.333.4005<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

This is to certify that on January 10, 2023, the undersigned filed the foregoing using the Court's CM/ECF system, which will send notification of such filing to the following:

L. Michelle Gessner, Bar No. 26590
GESSNER LAW, PLLC.
michelle@mgessnerlaw.com
602 East Morehead Street
Charlotte, NC 28202
Tel: 844.437.7637
Fax: 980.206.0286

*Attorney for Plaintiff*

/s/ *Kellie A. Tabor*
Kellie A. Tabor, Bar No. 57153
ktabor@little.com
Jasmine R. Little, Bar No. 55763
Jlittle@littler.com
LITTLER MENDELSON, P.C.
620 S Tryon Street, Suite 950
Charlotte, NC 28202
Telephone: 704.972.7018
Facsimile: 704.333.4005

*Attorneys for Defendants*

4854-2947-1816.1 / 108840-1090