| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:22-cv-00794-UA-JEP |
|---|---|
| Name of Plaintiff(s):<br>Katherine Cornish<br><br>VERSUS<br><br>Name of Defendant(s):<br>Centene Corporation, et al<br><br>Mediator Name: Kenneth P. Carlson, Jr. | REPORT<br><br>OF<br><br>MEDIATOR<br><br>*(For Placement on the CM/ECF Docket)* |
| Telephone No: 336-721-6843<br><br>E-Mail Address: kcarlson@constangy.com | _____ This is an **Interim Report**. A final report is to be filed after resumption of the mediation |

**RECEIVED** In This Office JAN 17 2023 CLERK U.S. DISTRICT COURT GREENSBORO, N.C.

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   _____ was held on _____.
   
   ✓ was NOT held because <u>the parties reported the case settled prior to scheduling a mediation.</u>

2. **Attendance**

   No objection was made on the grounds that any required attendee was absent.
   
   Objection was made by _____

3. **Outcome**

   _____ Complete settlement of the case
   
   _____ Conditional settlement or other disposition
   
   _____ Partial settlement of the case
   
   _____ Recess *(i.e., mediation to be resumed at a later date)*
   
   _____ Impasse
   
   _____ Additional Information: _____

4. **Settlement Filings.**
   
   a) The document(s) to be filed to effect the settlement are: _____
   
   b) The person responsible for filing the document(s) is: _____
   
   c) The agreed deadline for filing the document(s) is: _____

**Submission of Report.** Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

**I have submitted this completed report with ten (10) days after conclusion of the conference.**

_____          _____1/12/23_____
        Mediator Signature                        Date

8794000v1

Case 1:22-cv-00794-UA-JEP   Document 16   Filed 01/19/23   Page 1 of 1